IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY BABATUNDE PETERS, | § § § | |
| PLAINTIFF | § § | |
| VS. | § § | CIVIL ACTION NO. |
| GATEWAY INSURANCE COMPANY | § § § § | |
| DEFENDANT | § | |

## COUNSEL OF RECORD

Defendant GATEWAY INSURANCE COMPANY files this list of Counsel of Record in support of its Notice of Removal pursuant to 28 USC § 1446(a) and Local Rule 81.

I.  **Counsel of Record for Plaintiff, Anthony Babatunde Peters:**

Nhan Nguyen
State Bar No. 24041589
The Law Office of Nhan Nguyen
2500 West Loop South, Suite 340
Houston, Texas 77027
Telephone: (713) 840-7200
Facsimile: (713) 583-4155
Email: nhan@healthlawservices.com

II. **Counsel of Record for Defendant, Gateway Insurance Company:**

Joseph M. Heard
State Bar No. 98337599
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email: jheard@heardmedackpc.com

Of Counsel:
Amanda M. Berron
State Bar No. 24070720
S.D. Tex. Bar No. 1114482
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email: aberron@heardmedackpc.com

                Respectfully submitted,

By: _____
      Joseph M. Heard
      S.D. Tex. Bar No. 1295
      State Bar No. 09337500
      HEARD & MEDACK, P.C.
      9494 Southwest Freeway, Suite 700
      Houston, Texas 77074
      Telephone: (713) 772-6400
      Facsimile: (713) 772-6495
      Email: jheard@heardmedackpc.com

ATTORNEYS IN CHARGE FOR DEFENDANT
GATEWAY INSURANCE COMPANY

Of Counsel:
Amanda M. Berron
State Bar No. 24070720
S.D. Tex. Bar No. 1114482
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email: aberron@heardmedackpc.com

## CERTIFICATE OF SERVICE

     Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument to which this Certificate is attached was duly been served upon each party by facsimile, U.S. First Class Mail and/or using the ECF System for filing and transmittal of a Notice of Electronic Filing pursuant to the Federal Rules of Civil Procedure on this 14th day of September, 2018.

<u>**Via Facsimile: (713) 583-4155**</u>
Nhan Nguyen
Texas Bar No. 24041589
THE LAW OFFICES OF NHAN NGUYEN
2500 West Loop South, Suite 340
Houston, Texas 77027
Telephone: (713) 840-7200
Facsimile: (713) 583-4155
Email: Nhan@healthlawservices.com

_____
Joseph M. Heard