IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY BABATUNDE PETERS, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-cv-03280 |
| | § | |
| GATEWAY INSURANCE COMPANY | § | |
| | § | |
| DEFENDANT | § | |

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant GATEWAY INSURANCE COMPANY files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendant Gateway Insurance Company's parent corporation is Atlas Financial Holdings, Inc., 953 American Lane, 3rd Floor, Schaumburg, IL 60173 and is a publicly held corporation that owns 10% or more of Gateway Insurance Company's stock.

Respectfully submitted,

By: _____

Joseph M. Heard
State Bar. No. 09337500
S.D. Tex. Bar No. 1295
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email: jheard@heardmedackpc.com

ATTORNEY IN CHARGE FOR DEFENDANT
GATEWAY INSURANCE COMPANY

<u>Of Counsel:</u>
Amanda M. Berron
State Bar No. 24070720
S.D. Tex. Bar No. 1114482
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
aberron@heardmedackpc.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument to which this Certificate is attached was duly been served upon each party by facsimile, U.S. First Class Mail and/or using the ECF System for filing and transmittal of a Notice of Electronic Filing pursuant to the Federal Rules of Civil Procedure on this 2nd day of October, 2018.

**Via Facsimile: (713) 583-4155**
Nhan Nguyen
Texas Bar No. 24041589
THE LAW OFFICES OF NHAN NGUYEN
2500 West Loop South, Suite 340
Houston, Texas 77027
Telephone: (713) 840-7200
Facsimile: (713) 583-4155
Email: Nhan@healthlawservices.com

ATTORNEY FOR PLAINTIFF

_____
Joseph M. Heard

2